# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMEE DEIRDRE HUNDLEY, A/K/A
JAMES DERRICK HUNDLEY,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
KATHLEEN M. DRAKULICH,
DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82069

FILED

DEC 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus seeks a writ directing the district court to resentence petitioner because her sentence was based on a materially untrue foundation.

We have reviewed the documents submitted in this matter and, without deciding upon the merits of any claims raised therein, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

20-43453

Accordingly, without deciding upon the merits of any claims raised, we

ORDER the petition DENIED.[1]

_____ Pickering _____, C.J.
Pickering

_____ Hardesty _____, J.  _____ Silver _____, J.
Hardesty                                        Silver

cc:  Hon. Kathleen M. Drakulich, District Judge
     Jamee Deirdre Hundley
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk

---

[1]Good cause appearing, we grant petitioner's motion to proceed under her legal name and be recognized in the feminine.